UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

| | |
|---|---|
| ALLIXZANDER D. PARK, a/k/a ALLIXZANDER D. PARK/HARRIS,<br><br>Plaintiff,<br><br>v.<br><br>MARK T. TIPTON, JOSEPH NORTON, BRIAN YANKEY, ROXANE PAYNE, ,<br><br>Defendants. | No. C13-5921 BHS-KLS<br><br>ORDER GRANTING PLAINTIFF'S MOTION TO DISREGARD MOTIONS TO AMEND COMPLAINT |

Before the Court is Plaintiff's motion to disregard two previous motions to amend. Dkt. 26. Plaintiff asks the Court to disregard his motions filed on December 13, 2013 (Dkt. 20) and December 17, 2013 (Dkt. 21). Plaintiff states that he intends to submit a more complete motion in the future. Dkt. 26.

Accordingly, it is **ORDERED**:

(1) Plaintiff's motion to disregard (Dkt. 26) is **GRANTED.** The motions filed at Dkt. 20 and Dkt. 21 are **STRICKEN.**

(2) The Clerk shall send a copy of this Order to Plaintiff and counsel for Defendants.

**DATED** this 30th day of December, 2013.

Karen L. Strombom
United States Magistrate Judge

ORDER - 1