1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLIXZANDER D. PARK, a/k/a
ALLIXZANDER D. PARK/HARRIS,

                              Plaintiff,

        v.

MARK T. TIPTON, JOSEPH NORTON,
BRIAN YANKEY, ROXANE PAYNE,

                              Defendants.

No. C13-5921 BHS-KLS

ORDER GRANTING EXTENSION AND
PLAINTIFF'S MOTION TO DISREGARD
MOTION TO AMEND COMPLAINT (Dkt.
21)

On January 2, 2014, the Court granted Plaintiff's motion to disregard one of his two

motions to amend (Dkt. 20) and directed Plaintiff that if it was his intent that the Court disregard

both of his motions to amend (Dkts. 20 and 21) he should so advise the Court. Dkt. 31.   On

January 14, 2014, Plaintiff filed a motion for extension of time to respond to Defendants' motion

to dismiss (Dkt. 33), which is presently noted for January 31, 2014. Dkt. 34. In his motion for

extension, Plaintiff asks the Court to strike his second motion to amend (Dkt. 21) and to provide

him with a copy of his motion and proposed amended complaint. Dkt. 34. He also seeks an

extension of his time to respond to Defendants' motion to dismiss of at least four weeks. *Id.*

Defendants object to the requested extension of time. Dkt. 34.

Accordingly, it is **ORDERED:**

(1)     Plaintiff's motion to amend (Dkt. 21) shall be **STRICKEN.** The Clerk is directed

to send a copy of Plaintiff's motion to amend and proposed amended complaint to Plaintiff.

ORDER - 1

(2)     Plaintiff's motion for an extension (Dkt. 34) is **GRANTED.**  Plaintiff shall file his response to Defendants' motion to dismiss (Dkt. 33) **on or before March 3, 2014.**  The Clerk shall note Defendants' motion to dismiss (Dkt. 33) for **March 7, 2014.  No further extensions of Plaintiff's deadline to respond to the motion to dismiss shall be granted.**

(3)     The Clerk shall send a copy of this Order to Plaintiff and to counsel for Defendants.

**DATED** this 30th day of January, 2014.

Karen L. Strombom
United States Magistrate Judge

ORDER - 2