UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT TACOMA

ALLIXZANDER D. PARK,

    Plaintiff,

v.

MARK T. TIPTON, JOSEPH NORTON, BRIAN YANKEY, ROXANE PAYNE,

    Defendants.

CASE NO. C13-5921BHS

ORDER ADOPTING REPORT AND RECOMMENDATION

This matter comes before the Court on the Report and Recommendation ("R&R") of the Honorable Karen L. Strombom, United States Magistrate Judge. Dkt. 48. The Court having considered the R&R and the remaining record, and no objections having been filed, does hereby find and order as follows:

(1)    The R&R is **ADOPTED**.

(2)    Defendants' motion to dismiss (Dkt. 33) is **GRANTED.** All claims against Defendants are **dismissed with prejudice.** Plaintiff's motion to amend (Dkt. 41) is **DENIED.**

Dated this 14th day April, 2014.

                                        BENJAMIN H. SETTLE
                                        United States District Judge